IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE FARM FIRE AND CASUALTY COMPANY
A/S/O RAY AND CHERLON REID                                    PLAINTIFF

V.                              NO. 4:13-CV-263 JM

RIVERSIDE MOTORS, INC.                                       DEFENDANTS

### ORDER OF DISMISSAL

Upon joint motion of the parties and the Court having been advised that the instant case has

resolved, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
CIRCUIT JUDGE

DATE:  6/30/2014

APPROVED AND STIPULATED:

_____
Harvey Harris
Harris Law Firm
1920 N. Main, Suite 214
North Little Rock, AR   72114
(501) 604-4517

Michael E. Hale, Bar No. 68021
BARBER, McCASKILL, JONES & HALE, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 372-6175